IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

TROY MILLER,

    Defendant.

: Case No. 3:17cr56

: JUDGE WALTER H. RICE

:

:

---

## ENTRY

---

It is hereby ordered that defendant be released from Shelby County Jail on Monday, September 18, 2017 no later than 8:30 a.m. Defendant is to be released into the custody of his step-father, Gregory Snowden, for _immediate_ transport to the Dayton VA Medical Center, 4100 West Third Street, Building 410, Dayton, Ohio, and must report to Jandia Sutherland, Residence Admissions Coordinator.

September 15, 2017

WALTER H. RICE
UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of record
United States Marshals Service
Shelby County Jail