

# MEMORANDUM

| | |
|---|---|
| To: | The Honorable Walter H. Rice<br>U.S. District Judge |
| From: | Laura A. Sebulsky<br>U.S. Probation Officer |
| Re: | Troy Miller<br>Case No. 3:17CR56<br>Payment Agreement |
| Date: | March 5, 2018 |

The purpose of this memorandum is to submit a proposed pay agreement in the above stated case. On August 29, 2017, the Court ordered Troy Miller to pay restitution in the amount of $19,974.59 and a $100.00 special assessment. The total current balance is $20,074.59. Mr. Miller receives disability benefits from the U.S. Department of Veterans Affairs. Based on Mr. Miller's current financial condition, he appears capable of making monthly payments of $25.00 beginning in March of 2018. Mr. Miller has also agreed to this amount. Should Mr. Miller's financial condition substantially change at any point in the future, the probation officer will take the necessary steps to adjust the payment amount accordingly.

A payment agreement is attached to this memorandum. If the Court is in agreement with the proposed amount, it is respectfully requested that the Court sign and date at the appropriate location on the attached payment agreement. The undersigned officer may be reached at 512-1473 should any questions arise.

Respectfully submitted,
Laura A. Sebulsky
*Laura A. Sebulsky* 2018.03.05
16:17:09 -05'00'
U.S. Probation Officer

Reviewed & Approved by,

Kristin Ann Keyer
*Kristin A. Keyer* 2018.03.05 15:21:27
-05'00'
Supervising U.S. Probation Officer

LAS

SDOH, 7/03

# PAYMENT SCHEDULE FOR COURT-ORDERED MONETARY PENALTIES

| | | | |
|---|---|---|---|
| Name: | Troy Miller | Docket #: | 3:17CR56 |
| Address: | 4312 Farnham Avenue, Dayton, OH 45420 | Judge: | The Honorable Walter H. Rice |

You have been ordered by the United States District Court to pay a special assessment of $100.00, restitution of $19,974.59, and/or a fine of N/A, as a condition of your probation.

**Probation Officer's Recommendation:**

It is the recommendation of the Probation Officer that the Court order a payment schedule in the amount of $25.00 per month, commencing March of 2018. This is based on the following analysis of your ability to pay: See attached.

*Laura A. Sebulsky*      Laura A. Sebulsky
2018.03.05 16:20:23 -05'00'

U. S. Probation Officer      Date

**Order of the Court:** The Court orders minimum monthly payments of $25.00 commencing March of 2018 and to continue until the debt is satisfied or the Court alters the payment schedule.

*[signature]*      3-19-18

Signature of Judicial Officer      Date

Original: Probation file
Copies: Defendant, Clerk of Court, US Attorney office, FLU